IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MUSA FOFANA,

   Petitioner,

    v.

ATLANTA PRE-TRIAL
DETENTION CENTER,

   Respondent.

CIVIL ACTION FILE
NO. 1:05-CV-2192-TWT

ORDER AND OPINION

This is a pro se habeas corpus action in which the Petitioner seeks a stay of deportation. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending that the petition be dismissed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 18 day of October, 2005.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\05\Fofana\r&r.wpd